CRAIG WILKE (150728)
craig@craigwilkelaw.com
2677 North Main Street, Suite 830
Santa Ana, California 92705-6623
Telephone (714) 571-0202
Facsimile (714) 571-0220

Attorney for Defendant
WILLIAM WALTON STEWART

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM WALTON STEWART,<br><br>Defendant. | NO. SA CR 01-112-AG<br><br>**ORDER TO CONTINUE HEARING ON MOTION TO UNSEAL COURT RECORDS** |

FOR GOOD CAUSE SHOWN on the unopposed application of Defendant William Walton Stewart, the hearing on the motion by third-party State Bar of California to intervene and unseal the court records is continued from Monday, July 25, 2011, at 2:00 p.m., to Monday, August 22, 2011, at 4:00 p.m.

IT IS SO ORDERED.

Dated: July 13, 2011

ANDREW J. GUILFORD
United States District Judge

Presented By:

   /s/
CRAIG WILKE
Attorney for Defendant